USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

FREDY PEREZ CARBAJAL,

                              Petitioner,

-against-

THOMAS DECKER, *Director of New York Field Office, U.S. Immigration and Customs Enforcement*; ALEJANDRO N. MAYORKAS, *Secretary, U.S. Department of Homeland Security*; MERRICK B. GARLAND, *U.S. Attorney General*,

                              Respondents.

-----------------------------------------------------------------X

1:22-cv-7831-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 13, 2022, Petitioner Fredy Perez Carbajal filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241. Dkt No. 2. Petitioner is currently detained in the Adams County Correctional Center in Natchez, Mississippi, Dkt. No. 2 ¶ 3, which is located in the judicial district of the United States District Court for the Southern District of Mississippi, Western Division. *See* 28 U.S.C. § 104.

On September 15, 2022, Petitioner was ordered to show cause as to why the Court should not dismiss Petitioner's habeas claim and/or transfer this action to the Southern District of Mississippi pursuant to 28 U.S.C. § 1404 . *See* Dkt. No. 3 at 3 ("Because the petition asserts a 'core' habeas claim, it is properly heard only in the petitioner's district of confinement").

On September 22, 2022, Petitioner filed a letter informing the Court that the parties consent to the transfer of this matter to the district in which Petitioner is currently detained. Dkt. No. 5.

The Clerk of Court is directed to transfer this case to the Southern District of Mississippi forthwith and without delay. The Clerk of Court is further directed to terminate all pending

motions, adjourn all remaining dates, and to close this case. The Court waives the seven-day period provided in Local Civil Rule 83.1 to effectuate a transfer to a different district.

SO ORDERED.

Dated: September 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge